No. 1,336.

J. SAMUEL PERKINS VS. BOARD OF POLICE OF OPELOUSAS, ET ALS.

Same principles as in preceding case.

APPEAL from the First Justice's Court, Parish of St. Landry.
*Brooks*, J.

*Kenneth Baillio* for Plaintiff and Appellee.

*W. C. Perrault* for Defendants and Appellants.

The opinion of the Court was delivered by

FENNER, J.  The issues presented in this case are identical with those involved in case of C. B. Andrus vs. same defendant, No. 1335, just decided.  For the reasons given in that case a like judgment must be rendered.

It is, therefore, ordered and decreed that the judgment appealed from be annulled, avoided and reversed, and it is now decreed that there be judgment in favor of defendant, dissolving the injunction and rejecting plaintiff's demand at his costs in both courts.